UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE TRAVELERS INDEMNITY COMPANY,

                Plaintiff,

-against-

STARR INDEMNITY AND LIABLITY COMPANY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023
```

23 Civ. 1285 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Th Court has reviewed Defendant's letter dated April 18, 2023. ECF No. 17. On April 17, 2023, the parties filed joint letters and proposed case management plans. ECF Nos. 12–15. One of the proposed case management plans was completed electronically, ECF No. 13, the other one contained handwriting, ECF No. 15. The Court entered a case management plan on April 18, 2023. ECF No. 16 (modifying ECF No. 13). Defendant argues that the parties' filings, including the proposed case management plan endorsed by the Court, contain clerical errors and should be modified by the Court. ECF No. 17.

    By **April 20, 2023**, the parties shall submit a joint letter and a revised proposed case management plan free of clerical errors. To the extent the parties are requesting an extension of the discovery schedule in the Court's model case management plan, *id.* at 1, that request is DENIED.

    SO ORDERED.

Dated: April 18, 2023
       New York, New York

                                                          ANALISA TORRES
                                              United States District Judge